120 Central Street Trust
P.O. Box 625
Hudson, MA 01749

Above All Transportation
28 Marshall Street
Canton, MA 02021

Advanta Bank Corp
ATTN Collection Services
P.O. Box 844
Spring House, PA 19477

Angel Gomez
400 Chandler Street
Worcester, MA 01602

Benedetto & Geagan
27 South Street
Northborough, MA 01532

Bill Cavazza
18 Fairview Road
Milford, MA 01757

Bill Scorzelli
25 Brook Street
Marlborough, MA 01752

Black Tie Limousine Inc
25 Bond Street
Haverhill, MA 01835

Bomaco Automotive Warehouse
79 River Street
Fitchburg, MA 01420

Boston Attitude Inc
2 Grove Square
Randolph, MA 02368

Brian Donoghue
55 Mendon Street
Uxbridge, MA 01569

Brian Hicks
2 Lakeside Ave
Hudson, MA 01749

Broadview Networks
P.O. Box 149
Port Chester, NY 10573

Business Communications Systems Inc
70 Webster Street
Worcester, MA 01603

Butler Bank
Gateway Center I
10 George Street
Lowell, MA 01852

Capital One
P.O. Box 5155
Norcross, GA 30091

Cardinal Executive Limousine
21122 Dray Terrace
Ashburn, VA 20147

Castle Branch Inc
361 N Front Street
Wilmington, NC 28401

Chris Mirisola
74 Pine Street
Milford, MA 01757

Comm of Mass, Dept of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114

Corporate Sedan Service
67 Buck Road, #107
Huntingdon Valley, PA 19006

Cox Davis LLP
1900 West Park Drive, Ste 280
Westborough, MA 01580

Dan Hogarty
489 Lincoln Street
Marlborough, MA 01752

Dave Bennett
22 Lincoln Street
Hudson, MA 01749

David LaRose
543 Pleasant Street
Leominster, MA 01453

Dick Keigwin
41 Oakcrest Ave
Marlborough, MA 01752

Earl McDonald
1260 Main Street
West Concord, MA 01742

EKG Networking
91 Granger Blvd
Marlborough, MA 01752

Exceptional Limousine
17 Airport Road, #B
Hopedale, MA 01747

Fast Lane Service Center
27 Midstate Drive, Ste 220
Auburn, MA 01501

FedEx Corporation
P.O. Box 332
Memphis, TN 38194

Francie Adams
34 Manning Street
Hudson, MA 01749

G Force Data
631 Hollis Street
Dunstable, MA 01827

Gem Limousine Worldwide
70 Amboy Avenue
Woodbridge, NJ 07095

Gene Cormier
69 Warner Street
Hudson, MA 01749

George Kerrivan
10 West Ave
Hudson, MA 01749

Gilciney Monterio
26 Royal Crest DR, Apt 4
Marlborough, MA 01752

Global Ground Automation Inc
401 Hackensack Ave, 4th fl
Hackensack, NJ 07601

H.Daw Service Station Inc
236 Amherst St & Everett Tpke
Nashua, NH 03063

Herlihy InsuranceGroup
51 Pullman Street
Worcester, MA 01606

```
Internal Revenue Service
Insolvency Section
P.O. Box 91126
Philadelphia, PA 19114

Jack K. Merrill, Esquire
MAYER ANTONELLIS JACHOWICZ & GALVANI,LLP
493 Worcester Road
Framingham, MA 01701

Jacky Faye
117 Dexter Street
Cumberland, RI 02864

James Alders
7 Baldwin Ave
Framingham, MA 01701

James Edmands
49 Mohawk Drive
Northborough, MA 01532

James Landers
197 M Boston Post Road
Marlborough, MA 01752

Jeffrey J. Dalton
90 Fales Street
Worcester, MA 01606

Jeremy Zipp
2 Elm Street
Hudson, MA 01749

Jim Dermatis
39 Grand Street
Leominster, MA 01453

Jim Metivier
18 Baldwin Ave
Marlborough, MA 01752

Joe Clemente
48 Langholm Drive
Nashua, NH 03060

Joel Cohn
145 Beacon Street
Framingham, MA 01701

Joy Bartlett
2 Third Street
Leominster, MA 01453
```

Keith Krongard
34 Vinal Street
Hudson, MA 01749

Ken Warobi
68A Millbury Avenue
Millbury, MA 01527

Kevin McCarthy
143 East Main Street
Northborough, MA 01532

Kevin Parrish
76 Longfellow Road
Worcester, MA 01602

Lance Morgan
3 Peninsula Road
Harvard, MA 01451

Lifestyle Transportation Inc
36 Bow Street
Everett, MA 02149

M7 Transportation LLC
77 South Bedford Street
Burlington, MA 01803

Mary Carey
337 Wildwood Avenue
Worcester, MA 01603

Massachusetts Port Authority
P.O. Box 3471
Boston, MA 02241

Matthew Varakis
24 Kent Drive
Hudson, MA 01749

Merit Limousine
P.O. Box 281044
San Francisco, CA 94128

Michael Chaikowski
10 Boyd Circle
Marlborough, MA 01752

Michael Garcia
11 Waban Road
Quincy, MA 02169

Michael J. Tremblay
P.O. Box 557
Marlborough, MA 01752

Michael Sweeney
24 Wright Road
Concord, MA 01742

Mohamed Hassani
18 Wrentham Road
Worcester, MA 01602

Myra Distributing Inc
P.O. Box 1430
Gloucester, MA 01931

Nancy Cohen
21 Alfred Road
Milford, MA 01757

Neil Bergeron
55 Newton Street
Fitchburg, MA 01420

New England Livery Association
40 Sandy Brook Drive
Durham, NH 03824

Paul Kudlich
15 Massachusetts Ave
Harvard, MA 01451

Paul Maurice
73 Brigham Street
Hudson, MA 01749

Penton Media Inc
2105 Reliable Parkway
Chicago, IL 60686

Peter Cryan
56 Century Mill Road
Bolton, MA 01740

Peter Lowe
19 Pearl Street
Clinton, MA 01510

Pitney Bowes
P.O. Box 85390
Louisville, KY 40285

PMC Insurance Agency
50 Cabot Street
Needham Heights, MA 02494

Regal Limousine Service
34 Lafayette Road
North Hampton, NH 03862

Richard E. Jussaume, Jr, Esquire
8 Russell Road
Acton, MA 01720

Robert Berube
53 Malwood Avenue
Dracut, MA 01826

Small Business Service Bureau
P.O. Box 9260
Chelsea, MA 02150

Sunoco Inc
907 S Detroit Ave
Tulsa, OK 74120

Susan Kennedy
71 Still River Road
Bolton, MA 01740

T & B Transportation Inc
152 Bourne Street
Brockton, MA 02302

TJ Anthoine
16 Central Ave
Newtonville, MA 02460

Tyler Silva
143-B Elm Street
Marlborough, MA 01752

U S Bank
P.O. Box 6353
Fargo, ND 58125

Ultimate Parking LLC
607 Boylston Street
Boston, MA 02116

Verizon Nw E
500 Technology Drive, Stop 1
Saint Charles, MO 63304

Vermont Student Assistance Corp
10 East Allen Street, PO Box 999
Winooski, VT 05404

W.B. Mason Company Inc
P.O. Box 111, 59 Centre Street
Brockton, MA 02303

Wilson Toledo
9 Andover St, Apt 2
Worcester, MA 01606