B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Massachusetts

In re   **Phoenix Enterprises, LLC** _____   Case No.   **09-44519**

Debtor(s)                                      Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **120 Central Street Trust** P.O. Box 625 Hudson, MA 01749 | **120 Central Street Trust** P.O. Box 625 Hudson, MA 01749 | rent | **Unliquidated** | 8,250.00 |
| **Advanta Bank Corp** ATTN Collection Services P.O. Box 844 Spring House, PA 19477 | **Advanta Bank Corp** ATTN Collection Services P.O. Box 844 Spring House, PA 19477 | **Credit card purchases** | **Unliquidated** | 20,251.91 |
| **Benedetto & Geagan** 27 South Street Northborough, MA 01532 | **Benedetto & Geagan** 27 South Street Northborough, MA 01532 | services rendered | | 3,300.00 |
| **Black Tie Limousine Inc** 25 Bond Street Haverhill, MA 01835 | **Black Tie Limousine Inc** 25 Bond Street Haverhill, MA 01835 | services rendered | **Unliquidated** | 2,200.00 |
| **Bomaco Automotive Warehouse** 79 River Street Fitchburg, MA 01420 | **Bomaco Automotive Warehouse** 79 River Street Fitchburg, MA 01420 | services rendered | **Unliquidated** | 1,516.19 |
| **Butler Bank** Gateway Center I 10 George Street Lowell, MA 01852 | **Butler Bank** Gateway Center I 10 George Street Lowell, MA 01852 | **2007 Lincoln Town Car, 2007 Ford Expedition** | **Unliquidated** | 120,826.70 (27,875.00 secured) |
| **Butler Bank** Gateway Center I 10 George Street Lowell, MA 01852 | **Butler Bank** Gateway Center I 10 George Street Lowell, MA 01852 | **2005 Lincoln Town Car, 2006 Lincoln Town Car, 2007 Ford Expedition** | **Unliquidated** | 57,842.21 (5,675.00 secured) (16,836.53 senior lien) |
| **Butler Bank** Gateway Center I 10 George Street Lowell, MA 01852 | **Butler Bank** Gateway Center I 10 George Street Lowell, MA 01852 | **2003 Lincoln Town Car** | **Unliquidated** | 17,971.72 (3,700.00 secured) |
| **Butler Bank** Gateway Center I 10 George Street Lowell, MA 01852 | **Butler Bank** Gateway Center I 10 George Street Lowell, MA 01852 | **2005 Lincoln Town Car** | **Unliquidated** | 16,836.53 (5,675.00 secured) |

B4 (Official Form 4) (12/07) - Cont.

In re   **Phoenix Enterprises, LLC**                                              Case No.    **09-44519**
_____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Butler Bank<br>Gateway Center I<br>10 George Street<br>Lowell, MA 01852** | **Butler Bank<br>Gateway Center I<br>10 George Street<br>Lowell, MA 01852** | **2004 Ford E350 van and 1999 Ford F350 truck** | **Unliquidated** | **12,712.37<br><br>(4,425.00 secured)** |
| **Capital One<br>P.O. Box 5155<br>Norcross, GA 30091** | **Capital One<br>P.O. Box 5155<br>Norcross, GA 30091** | **Credit card purchases** | **Unliquidated** | **7,270.59** |
| **Cox Davis LLP<br>1900 West Park Drive, Ste 280<br>Westborough, MA 01580** | **Cox Davis LLP<br>1900 West Park Drive, Ste 280<br>Westborough, MA 01580** | **services rendered** | **Unliquidated** | **5,418.98** |
| **EKG Networking<br>91 Granger Blvd<br>Marlborough, MA 01752** | **EKG Networking<br>91 Granger Blvd<br>Marlborough, MA 01752** | **services rendered** | **Unliquidated** | **2,270.00** |
| **Fast Lane Service Center<br>27 Midstate Drive, Ste 220<br>Auburn, MA 01501** | **Fast Lane Service Center<br>27 Midstate Drive, Ste 220<br>Auburn, MA 01501** | **fees** | **Unliquidated** | **5,662.67** |
| **Internal Revenue Service<br>Insolvency Section<br>P.O. Box 91126<br>Philadelphia, PA 19114** | **Internal Revenue Service<br>Insolvency Section<br>P.O. Box 91126<br>Philadelphia, PA 19114** | **income tax** | | **10,500.00** |
| **Lifestyle Transportation Inc<br>36 Bow Street<br>Everett, MA 02149** | **Lifestyle Transportation Inc<br>36 Bow Street<br>Everett, MA 02149** | **services rendered** | **Unliquidated** | **3,373.19** |
| **Small Business Service Bureau<br>P.O. Box 9260<br>Chelsea, MA 02150** | **Small Business Service Bureau<br>P.O. Box 9260<br>Chelsea, MA 02150** | **health insurance premiums** | **Unliquidated** | **5,796.66** |
| **Sunoco Inc<br>907 S Detroit Ave<br>Tulsa, OK 74120** | **Sunoco Inc<br>907 S Detroit Ave<br>Tulsa, OK 74120** | **purchases made on account** | **Unliquidated** | **19,790.67** |
| **Ultimate Parking LLC<br>607 Boylston Street<br>Boston, MA 02116** | **Ultimate Parking LLC<br>607 Boylston Street<br>Boston, MA 02116** | **fees** | **Unliquidated** | **8,538.00** |
| **W.B. Mason Company Inc<br>P.O. Box 111, 59 Centre Street<br>Brockton, MA 02303** | **W.B. Mason Company Inc<br>P.O. Box 111, 59 Centre Street<br>Brockton, MA 02303** | **purchases made on account** | **Unliquidated** | **2,080.96** |

B4 (Official Form 4) (12/07) - Cont.

In re    **Phoenix Enterprises, LLC**                                          Case No.    **09-44519**
                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager, Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **November 19, 2009**                    Signature    **/s/ Michael L. Pazzaneze**
                                                              **Michael L. Pazzaneze**
                                                              **Manager, Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Massachusetts

In re   **Phoenix Enterprises, LLC**                                        ,   Case No. ___**09-44519**___
                                Debtor

                                                Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 212,539.63 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 559,998.34 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 10,500.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 18 | | 109,753.74 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 31 | | | |
| Total Assets | | | 212,539.63 | | |
| Total Liabilities | | | | 680,252.08 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
### District of Massachusetts

In re    **Phoenix Enterprises, LLC**                                              ,    Case No. _____**09-44519**_____
                                                    Debtor

Chapter _____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

In re    **Phoenix Enterprises, LLC**                                                ,    Case No.    __09-44519__
                                                  Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re  **Phoenix Enterprises, LLC**                                        ,   Case No.  **09-44519**
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **checking account - Citizens Bank #-3104 (as of 10/31/09)** | - | 8,146.10 |
| | | **payroll account - Citizens Bank #-3058 (as of 10/31/09)** | - | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **security deposit held by NStar (for 3 units)** | - | 900.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **SBLI term life insurance policy on Michael Pazzaneze (face value $100,000)** | - | 0.00 |
| | | **term life insurance on Michael Pazzaneze with Midland Insurance Co (face value $100,000)** | - | 0.00 |
| | | **term life insurance on Michael Pazzaneze with New York Life (face value $500,000)** | - | 0.00 |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >                9,046.10
(Total of this page)

  **3**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Phoenix Enterprises, LLC**                                    ,    Case No.    **09-44519**
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | receivables as of 9/21/09 | - | 32,608.53 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

|  | Sub-Total > | **32,608.53** |
|---|---|---|
|  | (Total of this page) | |

Sheet   __1__   of   __3__   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Phoenix Enterprises, LLC**                                    ,    Case No.    **09-44519**
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **trademark CTG name** | - | **Unknown** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 Lincoln Town Car L-series** | - | **7,325.00** |
| | | **2005 Lincoln Town Car** | - | **5,675.00** |
| | | **2003 Lincoln Town Car** | - | **3,700.00** |
| | | **2004 Ford E350 van** | - | **4,425.00** |
| | | **2007 Ford Expedition** | - | **19,000.00** |
| | | **2007 Ford Expedition** | - | **19,000.00** |
| | | **5 - 2007 Lincoln Town Cars** | - | **44,375.00** |
| | | **4- 2006 Lincoln Town Cars** | - | **28,885.00** |
| | | **2005 Lincoln Town Car limousine** | - | **30,000.00** |
| | | **1999 Ford F250 service truck** | - | **4,500.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **9 computers (old) and 3 printers, 1 fax machine, file cabinets, 2 desks, conference table and 13 chairs, adding machines, 18 monitors** | - | **4,000.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |

|  | Sub-Total > | **170,885.00** |
|---|---|---|
|  | (Total of this page) | |

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Phoenix Enterprises, LLC**                     ,    Case No.    **09-44519**

                           Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **212,539.63** |

Sheet   **3**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Phoenix Enterprises, LLC** _____ Case No. **09-44519** _____
                                          Debtor(s)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns).

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | Husband, Wife, Joint or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxxxxx1967**<br><br>**Creditor #:1**<br><br>**Butler Bank**<br>**Gateway Center I**<br>**10 George Street**<br>**Lowell, MA 01852** | X | N A | **11/7/08**<br><br>**installment loan/pledge of collateral**<br><br>**2005 Lincoln Town Car**<br><br>VALUE          **$5,675.00** | | | X | **$16,836.53** | **$11,161.53** |
| ACCOUNT NO. **xxxxxx1820**<br><br>**Creditor #:2**<br><br>**Butler Bank**<br>**Gateway Center I**<br>**10 George Street**<br>**Lowell, MA 01852** | X | N A | **2/13/08**<br><br>**installment loan/pledge of collateral**<br><br>**2003 Lincoln Town Car**<br><br>VALUE          **$3,700.00** | | | X | **$17,971.72** | **$14,271.72** |

Sheet 1 of 4 total sheets in Schedule of Creditors Holding Secured Claims

B6D (Official Form 6D) (12/07) - Cont.

In re  **Phoenix Enterprises, LLC**                                          Case No.  **09-44519**
                              Debtor(s)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | C O D E B T O R | Husband, Wife, Joint or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| ACCOUNT NO. **xxxxxx1974** Creditor #:3 Butler Bank Gateway Center I 10 George Street Lowell, MA 01852 | X | N A | | | 11/10/08 installment loan/pledge of collateral 2004 Ford E350 van and 1999 Ford F350 truck VALUE $8,925.00 | X | | | $12,712.37 | $8,287.37 |
| ACCOUNT NO. Creditor #:4 Butler Bank Gateway Center I 10 George Street Lowell, MA 01852 | X | N A | | | 12/3/08 security agreement all assets of corp VALUE $212,539.63 | X | X | | $139,499.34 | Unknown |
| ACCOUNT NO. Creditor #:5 Butler Bank Gateway Center I 10 George Street Lowell, MA 01852 | X | N A | | | 9/18/08 security agreement all assets of corp VALUE $212,539.63 | X | X | | $10,000.00 | Unknown |
| ACCOUNT NO. **xxxxxx1960** Creditor #:6 Butler Bank Gateway Center I 10 George Street Lowell, MA 01852 | X | N A | | | 11/5/08 installment loan/pledge of collateral 2005 Lincoln Town Car, 2006 Lincoln Town Car, 2007 Ford Expedition VALUE $32,000.00 | X | | | $57,842.21 | $25,842.21 |
| ACCOUNT NO. Creditor #:7 Butler Bank Gateway Center I 10 George Street Lowell, MA 01852 | | N A | | | 6/6/08 all assets of corp VALUE $212,539.63 | X | X | | $47,759.68 | Unknown |

Sheet 2 of 4 total sheets in Schedule of Creditors Holding Secured Claims

B6D (Official Form 6D) (12/07) - Cont.

In re  **Phoenix Enterprises, LLC**
_____
Debtor(s)

Case No.  **09-44519**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxxxxx8443**<br><br>Creditor #:8<br><br>**Butler Bank<br>Gateway Center I<br>10 George Street<br>Lowell, MA 01852** | | N A | **9/18/08**<br><br>**all assets of corp**<br><br>VALUE        **$212,539.63** | | X | X | **$7,472.27** | **Unknown** |
| ACCOUNT NO. **xxxxxx1799**<br><br>Creditor #:9<br><br>**Butler Bank<br>Gateway Center I<br>10 George Street<br>Lowell, MA 01852** | X | N A | **2/13/08**<br><br>**installment loan/pledge of collateral**<br><br>**2007 Lincoln Town Car, 2007 Ford Expedition**<br><br>VALUE        **$27,875.00** | | X | | **$120,826.70** | **$92,951.70** |
| ACCOUNT NO.<br><br>Creditor #:10<br><br>**Triremes19, LLC<br>One Joy Street<br>Boston, MA 02108** | | N A | **7/1/09**<br><br>**security agreement**<br>**all assets of corp**<br><br>VALUE        **$212,539.63** | | X | | **$45,877.52** | **Unknown** |
| ACCOUNT NO.<br><br>Creditor #:11<br><br>**Triremes19, LLC<br>One Joy Street<br>Boston, MA 02108** | | N A | **1/16/09**<br><br>**UCC Financing Statement/security agreement**<br><br>**all assets of corp**<br><br>VALUE        **$212,539.63** | | X | | **$63,200.00** | **Unknown** |
| ACCOUNT NO.<br><br>Creditor #:12<br><br>**Triremes19, LLC<br>One Joy Street<br>Boston, MA 02108** | | N A | **1/8/09**<br><br>**UCC Financing Statement/security agreement**<br><br>**all assets of corp**<br><br>VALUE        **$212,539.63** | | X | | **$20,000.00** | **Unknown** |
| | | | Total(s)<br>(Use only on last page) | | | | **$559,998.34** | **$184,514.53** |

Sheet 3 of 4 total sheets in Schedule of Creditors Holding Secured Claims

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Phoenix Enterprises, LLC**                                    Case No. **09-44519**
_____
Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | Husband, Wife, Joint or Community | | | | | | |
| | | | | | | | (Report also on Summary of Schedules) | If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

Sheet 4 of 4 total sheets in Schedule of Creditors Holding Secured Claims

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re    **Phoenix Enterprises, LLC**                                          Case No. _____**09-44519**_____
_____,
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                   Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Phoenix Enterprises, LLC**                                     ,    Case No.    **09-44519**
                                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2008 | | | | | |
| **Creditor #: 1 Comm of Mass, Dept of Revenue Bankruptcy Unit P.O. Box 9564 Boston, MA 02114** | - | | income tax | | | | | **Unknown** |
| | | | | | | | **Unknown** | **Unknown** |
| Account No. | | | 2007 | | | | | |
| **Creditor #: 2 Internal Revenue Service Insolvency Section P.O. Box 91126 Philadelphia, PA 19114** | - | | income tax | | | | | **0.00** |
| | | | | | | | **10,500.00** | **10,500.00** |
| Account No. | | | 2008 | | | | | |
| **Creditor #: 3 Internal Revenue Service Insolvency Section P.O. Box 91126 Philadelphia, PA 19114** | - | | income tax | | | | | **Unknown** |
| | | | | | | | **Unknown** | **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | **0.00** |
| | | **10,500.00**     **10,500.00** |
| | Total (Report on Summary of Schedules) | **0.00** |
| | | **10,500.00**     **10,500.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Phoenix Enterprises, LLC**                                            ,    Case No.    **09-44519**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **1** **Creditor #: 1** **120 Central Street Trust** **P.O. Box 625** **Hudson, MA 01749** | | - | | | **2009** **rent** | | X | | 8,250.00 |
| Account No. **Creditor #: 2** **Above All Transportation** **28 Marshall Street** **Canton, MA 02021** | | - | | | **services rendered** | | X | | 1,493.50 |
| Account No. **Creditor #: 3** **Advanta Bank Corp** **ATTN Collection Services** **P.O. Box 844** **Spring House, PA 19477** | X | - | | | **various dates** **Credit card purchases** | | X | | 20,251.91 |
| Account No. **Creditor #: 4** **Angel Gomez** **400 Chandler Street** **Worcester, MA 01602** | | - | | | **potential claim** | X | X | X | Unknown |
| **17** continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 29,995.41 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    S/N:30736-091120    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Phoenix Enterprises, LLC**                                        ,    Case No. ___**09-44519**___
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | 2008 services rendered | | | | |
| Creditor #: 5 Benedetto & Geagan 27 South Street Northborough, MA 01532 | - | | | | | | | | 3,300.00 |
| Account No. | | | | | potential claim | | | | |
| Creditor #: 6 Bill Cavazza 18 Fairview Road Milford, MA 01757 | - | | | | | X | X | X | Unknown |
| Account No. | | | | | potential claim | | | | |
| Creditor #: 7 Bill Scorzelli 25 Brook Street Marlborough, MA 01752 | - | | | | | X | X | X | Unknown |
| Account No. | | | | | 2009 services rendered | | | | |
| Creditor #: 8 Black Tie Limousine Inc 25 Bond Street Haverhill, MA 01835 | - | | | | | | X | | 2,200.00 |
| Account No. | | | | | services rendered | | | | |
| Creditor #: 9 Bomaco Automotive Warehouse 79 River Street Fitchburg, MA 01420 | - | | | | | | X | | 1,516.19 |

Sheet no. __**1**__ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **7,016.19**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Phoenix Enterprises, LLC_____,    Case No. ___09-44519_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | potential claim | | | | |
| Creditor #: 10 Brian Donoghue 55 Mendon Street Uxbridge, MA 01569 | | - | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | potential claim | | | | |
| Creditor #: 11 Brian Hicks 2 Lakeside Ave Hudson, MA 01749 | | - | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | services rendered | | | | |
| Creditor #: 12 Business Communications Systems Inc 70 Webster Street Worcester, MA 01603 | | - | | | | X | | |
| | | | | | | | | 1,224.95 |
| Account No. | | | | purchases made on account | | | | |
| Creditor #: 13 Buston Attitude Inc 2 Grove Square Randolph, MA 02368 | | - | | | | X | | |
| | | | | | | | | 588.23 |
| Account No. | | | | various dates Credit card purchases | | | | |
| Creditor #: 14 Capital One P.O. Box 5155 Norcross, GA 30091 | X | - | | | | X | | |
| | | | | | | | | 7,270.59 |

Sheet no. __2___ of __17___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    9,083.77

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Phoenix Enterprises, LLC**                                          Case No.    **09-44519**
_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | services rendered | | | | |
| Creditor #: 15 Cardinal Executive Limousine 21122 Dray Terrace Ashburn, VA 20147 | - | | | | | X | | |
| | | | | | | | | 703.85 |
| Account No. | | | | purchases made on account | | | | |
| Creditor #: 16 Castle Branch Inc 361 N Front Street Wilmington, NC 28401 | - | | | | | | | |
| | | | | | | | | 116.36 |
| Account No. | | | | potential claim | | | | |
| Creditor #: 17 Chris Mirisola 74 Pine Street Milford, MA 01757 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | services rendered | | | | |
| Creditor #: 18 Cox Davis LLP 1900 West Park Drive, Ste 280 Westborough, MA 01580 | - | | | | | X | | |
| | | | | | | | | 5,418.98 |
| Account No. | | | | potential claim | | | | |
| Creditor #: 19 Dan Hogarty 489 Lincoln Street Marlborough, MA 01752 | - | | | | X | X | X | |
| | | | | | | | | Unknown |

Sheet no. __3__ of __17__ sheets attached to Schedule of                     Subtotal
Creditors Holding Unsecured Nonpriority Claims                      (Total of this page)            6,239.19

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Phoenix Enterprises, LLC**                                    ,        Case No. ___**09-44519**___
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Creditor #: 20**<br>**Dave Bennett**<br>**22 Lincoln Street**<br>**Hudson, MA 01749** | - | | | potential claim | X | X | X | Unknown |
| Account No.<br><br>**Creditor #: 21**<br>**David LaRose**<br>**543 Pleasant Street**<br>**Leominster, MA 01453** | - | | | potential claim | X | X | X | Unknown |
| Account No.<br><br>**Creditor #: 22**<br>**Dick Keigwin**<br>**41 Oakcrest Ave**<br>**Marlborough, MA 01752** | - | | | potential claim | X | X | X | Unknown |
| Account No.<br><br>**Creditor #: 23**<br>**Earl McDonald**<br>**1260 Main Street**<br>**West Concord, MA 01742** | - | | | potential claim | X | X | X | Unknown |
| Account No.<br><br>**Creditor #: 24**<br>**EKG Networking**<br>**91 Granger Blvd**<br>**Marlborough, MA 01752** | - | | | services rendered | X | | | 2,270.00 |

Sheet no. __**4**___ of __**17**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    2,270.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Phoenix Enterprises, LLC**                                              Case No.   **09-44519**
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W | J C | | | | | |
| Account No. | | | | | services rendered | | | | |
| **Creditor #: 25** **Exceptional Limousine** **17 Airport Road, #B** **Hopedale, MA 01747** | - | | | | | | X | | |
| | | | | | | | | | **685.00** |
| Account No. | | | | | various dates fees | | | | |
| **Creditor #: 26** **Fast Lane Service Center** **27 Midstate Drive, Ste 220** **Auburn, MA 01501** | - | | | | | | X | | |
| | | | | | | | | | **5,662.67** |
| Account No. | | | | | Representing: Fast Lane Service Center | | | | |
| **Fidelity and Deposit Company of Maryland** **Surety Service Center** **3910 Keswick Road** **Baltimore, MD 21211** | | | | | | | | | **Notice Only** |
| Account No. | | | | | services rendered | | | | |
| **Creditor #: 27** **FedEx Corporation** **P.O. Box 332** **Memphis, TN 38194** | - | | | | | | X | | |
| | | | | | | | | | **51.15** |
| Account No. | | | | | potential claim | | | | |
| **Creditor #: 28** **Francie Adams** **34 Manning Street** **Hudson, MA 01749** | - | | | | | X | X | X | |
| | | | | | | | | | **Unknown** |

Sheet no. __5__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **6,398.82**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Phoenix Enterprises, LLC**                                   ,    Case No. ____**09-44519**____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | purchases made on account | | | | |
| Creditor #: 29<br>G Force Data<br>631 Hollis Street<br>Dunstable, MA 01827 | - | | | | | X | | |
| | | | | | | | | **1,000.00** |
| Account No. | | | | potential claim | | | | |
| Creditor #: 30<br>Gene Cormier<br>69 Warner Street<br>Hudson, MA 01749 | - | | | | X | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | potential claim | | | | |
| Creditor #: 31<br>George Kerrivan<br>10 West Ave<br>Hudson, MA 01749 | - | | | | X | X | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | potential claim | | | | |
| Creditor #: 32<br>Gilciney Monterio<br>26 Royal Crest DR, Apt 4<br>Marlborough, MA 01752 | - | | | | X | X | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | purchases made on account | | | | |
| Creditor #: 33<br>Global Ground Automation Inc<br>401 Hackensack Ave, 4th fl<br>Hackensack, NJ 07601 | - | | | | | X | | |
| | | | | | | | | **719.40** |

Sheet no. __**6**___ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,719.40**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Phoenix Enterprises, LLC**                                  ,     Case No. ___**09-44519**___
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | potential claim | | | | |
| Creditor #: 34 Herlihy InsuranceGroup 51 Pullman Street Worcester, MA 01606 | - | | | X | X | X | |
| | | | | | | | Unknown |
| Account No. | | | services rendered | | | | |
| Creditor #: 35 Hudson Power & Light P.O. Box 430 Hudson, MA 01749 | - | | | X | | | |
| | | | | | | | 1,442.23 |
| Account No. | | | potential claim | | | | |
| Creditor #: 36 Jacky Faye 117 Dexter Street Cumberland, RI 02864 | - | | | X | X | X | |
| | | | | | | | Unknown |
| Account No. | | | potential claim | | | | |
| Creditor #: 37 James Alders 7 Baldwin Ave Framingham, MA 01701 | - | | | X | X | X | |
| | | | | | | | Unknown |
| Account No. | | | potential claim | | | | |
| Creditor #: 38 James Edmands 49 Mohawk Drive Northborough, MA 01532 | - | | | X | X | X | |
| | | | | | | | Unknown |

Sheet no. __7__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,442.23**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Phoenix Enterprises, LLC**                                    ,        Case No.   **09-44519**
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | potential claim | | | | |
| Creditor #: 39<br>James Landers<br>197 M Boston Post Road<br>Marlborough, MA 01752 | - | | | X | X | X | |
| | | | | | | | Unknown |
| Account No. | | | potential claim | | | | |
| Creditor #: 40<br>Jeffrey J. Dalton<br>90 Fales Street<br>Worcester, MA 01606 | - | | | X | X | X | |
| | | | | | | | Unknown |
| Account No. | | | potential claim | | | | |
| Creditor #: 41<br>Jeremy Zipp<br>2 Elm Street<br>Hudson, MA 01749 | - | | | X | X | X | |
| | | | | | | | Unknown |
| Account No. | | | potential claim | | | | |
| Creditor #: 42<br>Jim Dermatis<br>39 Grand Street<br>Leominster, MA 01453 | - | | | X | X | X | |
| | | | | | | | Unknown |
| Account No. | | | potential claim | | | | |
| Creditor #: 43<br>Jim Metivier<br>18 Baldwin Ave<br>Marlborough, MA 01752 | - | | | X | X | X | |
| | | | | | | | Unknown |

| | | |
|---|---|---|
| Sheet no. __8__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | **0.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Phoenix Enterprises, LLC**                                    ,      Case No. ___**09-44519**___
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | potential claim | | | | |
| Creditor #: 44 Joe Clemente 48 Langholm Drive Nashua, NH 03060 | | - | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | potential claim | | | | |
| Creditor #: 45 Joel Cohn 145 Beacon Street Framingham, MA 01701 | | - | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | potential claim | | | | |
| Creditor #: 46 Joy Bartlett 2 Third Street Leominster, MA 01453 | | - | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | potential claim | | | | |
| Creditor #: 47 Keith Krongard 34 Vinal Street Hudson, MA 01749 | | - | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | potential claim | | | | |
| Creditor #: 48 Ken Warobi 68A Millbury Avenue Millbury, MA 01527 | | - | | | X | X | X | |
| | | | | | | | | Unknown |

Sheet no. __**9**__ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Phoenix Enterprises, LLC**                                              ,    Case No.    **09-44519**
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | potential claim | | | | |
| Creditor #: 49 Kevin McCarthy 143 East Main Street Northborough, MA 01532 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | potential claim | | | | |
| Creditor #: 50 Kevin Parrish 76 Longfellow Road Worcester, MA 01602 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | potential claim | | | | |
| Creditor #: 51 Lance Morgan 3 Peninsula Road Harvard, MA 01451 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | services rendered | | | | |
| Creditor #: 52 Lifestyle Transportation Inc 36 Bow Street Everett, MA 02149 | - | | | | | X | | |
| | | | | | | | | 3,373.19 |
| Account No. | | | | services rendered | | | | |
| Creditor #: 53 M7 Transportation LLC 77 South Bedford Street Burlington, MA 01803 | - | | | | | X | | |
| | | | | | | | | 471.45 |

Sheet no. __10__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  3,844.64

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Phoenix Enterprises, LLC**                              Case No.   **09-44519**
                                                    ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | potential claim | | | | |
| Creditor #: 54 Mary Carey 337 Wildwood Avenue Worcester, MA 01603 | | - | | | X | X | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | fees | | | | |
| Creditor #: 55 Massachusetts Port Authority P.O. Box 3471 Boston, MA 02241 | | - | | | | X | | |
| | | | | | | | | **800.00** |
| Account No. | | | | potential claim | | | | |
| Creditor #: 56 Matthew Varakis 24 Kent Drive Hudson, MA 01749 | | - | | | X | X | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | services rendered | | | | |
| Creditor #: 57 Merit Limousine P.O. Box 281044 San Francisco, CA 94128 | | - | | | | X | | |
| | | | | | | | | **393.10** |
| Account No. | | | | potential claim | | | | |
| Creditor #: 58 Michael Chaikowski 10 Boyd Circle Marlborough, MA 01752 | | - | | | X | X | X | |
| | | | | | | | | **Unknown** |

Sheet no. __11__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **1,193.10**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Phoenix Enterprises, LLC**                                    ,    Case No. _____**09-44519**_____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br>**Creditor #: 59**<br>**Michael Garcia**<br>**11 Waban Road**<br>**Quincy, MA 02169** | - | | | potential claim | X | X | X | **Unknown** |
| Account No.<br>**Creditor #: 60**<br>**Michael J. Tremblay**<br>**P.O. Box 557**<br>**Marlborough, MA 01752** | - | | | services rendered | | X | | **187.90** |
| Account No.<br>**Creditor #: 61**<br>**Michael Sweeney**<br>**24 Wright Road**<br>**Concord, MA 01742** | - | | | potential claim | X | X | X | **Unknown** |
| Account No.<br>**Creditor #: 62**<br>**Mohamed Hassani**<br>**18 Wrentham Road**<br>**Worcester, MA 01602** | - | | | potential claim | X | X | X | **Unknown** |
| Account No.<br>**Creditor #: 63**<br>**Myra Distributing Inc**<br>**P.O. Box 1430**<br>**Gloucester, MA 01931** | - | | | purchases made on account | | X | | **161.72** |

Sheet no. __**12**__ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**349.62**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Phoenix Enterprises, LLC**                                    ,    Case No.    **09-44519**
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | potential claim | | | | |
| Creditor #: 64 Nancy Cohen 21 Alfred Road Milford, MA 01757 | - | | | | X | X | X | Unknown |
| Account No. | | | | Representing: Nancy Cohen | | | | Notice Only |
| Jack K. Merrill, Esquire MAYER ANTONELLIS JACHOWICZ & GALVANI,LLP 493 Worcester Road Framingham, MA 01701 | | | | | | | | |
| Account No. | | | | potential claim | | | | |
| Creditor #: 65 Neil Bergeron 55 Newton Street Fitchburg, MA 01420 | - | | | | X | X | X | Unknown |
| Account No. | | | | fees | | | | |
| Creditor #: 66 New England Livery Association 40 Sandy Brook Drive Durham, NH 03824 | - | | | | | X | | 405.00 |
| Account No. | | | | potential claim | | | | |
| Creditor #: 67 Paul Kudlich 15 Massachusetts Ave Harvard, MA 01451 | - | | | | X | X | X | Unknown |

Sheet no. __13__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

405.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Phoenix Enterprises, LLC**                                         ,    Case No. ___**09-44519**___
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | potential claim | | | | |
| Creditor #: 68 Paul Maurice 73 Brigham Street Hudson, MA 01749 | | - | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | services rendered | | | | |
| Creditor #: 69 Penton Media Inc 2105 Reliable Parkway Chicago, IL 60686 | | - | | | | X | | |
| | | | | | | | | 1,174.90 |
| Account No. | | | | potential claim | | | | |
| Creditor #: 70 Peter Cryan 56 Century Mill Road Bolton, MA 01740 | | - | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | potential claim | | | | |
| Creditor #: 71 Peter Lowe 19 Pearl Street Clinton, MA 01510 | | - | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | purchases made on account | | | | |
| Creditor #: 72 Pitney Bowes P.O. Box 85390 Louisville, KY 40285 | | - | | | | X | | |
| | | | | | | | | 139.99 |

Sheet no. __**14**__ of __**17**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          1,314.89

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Phoenix Enterprises, LLC**                                    Case No.    **09-44519**
                                                    ,
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | services rendered | | | | |
| Creditor #: 73 Regal Limousine Service 34 Lafayette Road North Hampton, NH 03862 | - | | | | | X | | |
| | | | | | | | | 390.00 |
| Account No. | | | | potential claim | | | | |
| Creditor #: 74 Robert Berube 53 Malwood Avenue Dracut, MA 01826 | - | | | | X | X | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | health insurance premiums | | | | |
| Creditor #: 75 Small Business Service Bureau P.O. Box 9260 Chelsea, MA 02150 | - | | | | | X | | |
| | | | | | | | | 5,796.66 |
| Account No. | | | | purchases made on account | | | | |
| Creditor #: 76 Sunoco Inc 907 S Detroit Ave Tulsa, OK 74120 | - | | | | | X | | |
| | | | | | | | | 19,790.67 |
| Account No. | | | | potential claim | | | | |
| Creditor #: 77 Susan Kennedy 71 Still River Road Bolton, MA 01740 | - | | | | X | X | X | |
| | | | | | | | | **Unknown** |

Sheet no. __15__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                25,977.33

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Phoenix Enterprises, LLC**                                         ,   Case No. ___**09-44519**___
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **78** Creditor #: 78 **T & B Transportation Inc** **152 Bourne Street** **Brockton, MA 02302** | - | | potential claim | X | X | X | Unknown |
| Account No. **79** Creditor #: 79 **TJ Anthoine** **16 Central Ave** **Newtonville, MA 02460** | - | | potential claim | X | X | X | Unknown |
| Account No. **80** Creditor #: 80 **Tyler Silva** **143-B Elm Street** **Marlborough, MA 01752** | - | | potential claim | X | X | X | Unknown |
| Account No. **81** Creditor #: 81 **U S Bank/Pitney Works** **P.O. Box 6353** **Fargo, ND 58125** | - | | services rendered | | X | | 1,423.55 |
| Account No. **82** Creditor #: 82 **Ultimate Parking LLC** **607 Boylston Street** **Boston, MA 02116** | - | | fees | | X | | 8,538.00 |

Sheet no. __**16**__ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    9,961.55

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Phoenix Enterprises, LLC**                                    ,   Case No.   **09-44519**
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | services rendered | | | | |
| Creditor #: 83 Verizon Nw E 500 Technology Drive, Stop 1 Saint Charles, MO 63304 | | - | | | X | | |
| | | | | | | | 461.64 |
| Account No. | | | purchases made on account | | | | |
| Creditor #: 84 W.B. Mason Company Inc P.O. Box 111, 59 Centre Street Brockton, MA 02303 | | - | | | X | | |
| | | | | | | | 2,080.96 |
| Account No. | | | potential claim | | | | |
| Creditor #: 85 Wilson Toledo 9 Andover St, Apt 2 Worcester, MA 01606 | | - | | X | X | X | |
| | | | | | | | **Unknown** |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __17__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **2,542.60**

Total
(Report on Summary of Schedules)       **109,753.74**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re   **Phoenix Enterprises, LLC**                                              ,   Case No.    **09-44519**

                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **A T & T Mobility Communications**<br>**P.O. Box 536216**<br>**Atlanta, GA 30353** | **2 year contract with A T & T for all cell phones executed 2008** |
| **Broadview Networks**<br>**P.O. Box 149**<br>**Port Chester, NY 10573** | **3 year service contract for communications** |
| **Fast Lane**<br>**P.O. Box 8001**<br>**Auburn, MA 01501** | **service agreement for tolls for term of five years secured by a bond by Fidelity and Deposit Company of Maryland in the amount of $60,000.** |
| **Graybar** | **sales/lease agreement for telephone system executed 12/21/06 for 36 months @ $404.96/month** |
| **Safety-Kleen Corp**<br>**P.O. Box 382066**<br>**Pittsburgh, PA 15250** | **lease and service agreement for parts washer executed 10/06 and renewable yearly** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   **Phoenix Enterprises, LLC**                                    ,   Case No.   **09-44519**
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Michael L. Pazzaneze**<br>**120 Central Street Rear**<br>**Hudson, MA 01749** | **Butler Bank**<br>**Gateway Center I**<br>**10 George Street**<br>**Lowell, MA 01852** |
| **Michael L. Pazzaneze**<br>**120 Central Street Rear**<br>**Hudson, MA 01749** | **Butler Bank**<br>**Gateway Center I**<br>**10 George Street**<br>**Lowell, MA 01852** |
| **Michael L. Pazzaneze**<br>**120 Central Street Rear**<br>**Hudson, MA 01749** | **Butler Bank**<br>**Gateway Center I**<br>**10 George Street**<br>**Lowell, MA 01852** |
| **Michael L. Pazzaneze**<br>**120 Central Street Rear**<br>**Hudson, MA 01749** | **Butler Bank**<br>**Gateway Center I**<br>**10 George Street**<br>**Lowell, MA 01852** |
| **Michael L. Pazzaneze**<br>**120 Central Street Rear**<br>**Hudson, MA 01749** | **Butler Bank**<br>**Gateway Center I**<br>**10 George Street**<br>**Lowell, MA 01852** |
| **Michael L. Pazzaneze**<br>**120 Central Street Rear**<br>**Hudson, MA 01749** | **Butler Bank**<br>**Gateway Center I**<br>**10 George Street**<br>**Lowell, MA 01852** |
| **Michael L. Pazzaneze**<br>**120 Central Street Rear**<br>**Hudson, MA 01749** | **Butler Bank**<br>**Gateway Center I**<br>**10 George Street**<br>**Lowell, MA 01852** |
| **Michael L. Pazzaneze**<br>**120 Central Street Rear**<br>**Hudson, MA 01749** | **Advanta Bank Corp**<br>**ATTN Collection Services**<br>**P.O. Box 844**<br>**Spring House, PA 19477** |
| **Michael L. Pazzaneze**<br>**120 Central Street Rear**<br>**Hudson, MA 01749** | **Capital One**<br>**P.O. Box 5155**<br>**Norcross, GA 30091** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### District of Massachusetts

In re    **Phoenix Enterprises, LLC**                                      Case No.    **09-44519**
                                              Debtor(s)      Chapter      **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager, Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___33___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **November 19, 2009**                    Signature    **/s/ Michael L. Pazzaneze**

                                                      **Michael L. Pazzaneze**
                                                      **Manager, Member**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
### District of Massachusetts

| In re | **Phoenix Enterprises, LLC** | | Case No. | **09-44519** |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | **11** |

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$991,753.21** | **2009 gross sales  (as of 10/26/09)** |
| **$1,247,956.95** | **2008 gross sales** |
| **$1,809,469.00** | **2007 gross sales (net $130,234)** |

2

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$27,700.00** | **2009 sales of vehicles and insurance claims** |
| **$15,240.00** | **2008 sale of vehicles** |
| **$40,000.00** | **2007 sale of vehicles** |

**3. Payments to creditors**

None
■

***Complete a. or b., as appropriate, and c.***

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Triremes19, LLC**<br>**One Joy Street**<br>**Boston, MA 02108** | **8/24/09 - $5530.62, 9/21/09 - $5530.62, 10/15/09 - $5530.62** | **$16,591.86** | **$129,077.52** |
| **A T & T Mobility**<br>**P.O. Box 536216**<br>**Atlanta, GA 30353** | **8/6/09 - $3,389.36, 9/8/09 - $3,298.48, 10/6/09 - $3,252.57** | **$9,940.41** | **$0.00** |
| **120 Central Street Trust**<br>**P.O. Box 625**<br>**Hudson, MA 01749** | **8/14/09 - $2750, 9/11/09 - $2750.** | **$5,500.00** | **$8,250.00** |
| **James J. Herlihy Insurance Agency Inc**<br>**51 Pullman Street**<br>**Worcester, MA 01606** | **8/5/09 - $$3,975.34, 10/8/09 - $7,234.** | **$11,209.34** | **$629.60** |

None
☐

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

3

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Michael Pazzaneze**<br>**43 Wheeler Road**<br>**Stow, MA 01775**<br>**manager** | **draws 1/1/09 - 10/26/09** | **$15,512.29** | **$0.00** |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None<br>■   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None<br>■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None<br>■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.  Assignments and receiverships**

None<br>■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None<br>■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.  Gifts**

None<br>■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

4

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Stephan M. Rodolakis, Esquire**<br>**446 Main Street, 21st fl**<br>**Worcester, MA 01608** | **10/1/09 - $2,500., 10/15/09 - $10,000.** | **$11,461. plus $1,039. filing fee** |

### 10. Other transfers

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| **Thrifty Car Sales**<br>**30 East Main Street**<br>**West Hatfield, MA 01088**<br>none | **6/11/09** | **2006 Lincoln Town Car, 2004 Lincoln Town Car, 2004 Lincoln Town Car, 2003 Chevrolet Suburban; $23,200.** |
| **Bupinder Singh**<br>**43 Caya Vae, Apt 411**<br>**West Hartford, CT**<br>none | **3/31/09** | **2004 Lincoln Town Car - $4500.** |
| **party unknown**<br><br>none | **5/23/08** | **2004 Lincoln Town Car - $8,000.** |
| **Limousine 18**<br>**77 South Bedford Street**<br>**Burlington, MA 01803**<br>none | **2/13/08** | **2004 Ford E350 van - $7,240.** |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **Marlborough Cooperative Bank**<br>**175 Main Street**<br>**Marlborough, MA 01752** | **checking account #-1465; balance 0** | **account frozen/closed by bank** |
| **Marlborough Cooperative Bank**<br>**175 Main Street**<br>**Marlborough, MA 01752** | **Advantage checking account #-4786; balance 0** | **account frozen/closed by bank** |
| **Marlborough Cooperative Bank**<br>**175 Main Street**<br>**Marlborough, MA 01752** | **advantage checking account #-0955; balance $8.96** | **account frozen/closed by bank** |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |
| **Flight View Inc**<br>214 Lincoln Street, Ste 213<br>Allston, MA 02134 | **automatic debit payment from checking account** | **$205/month** |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

6

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Phoenix Enterprises, LLC** | **4480** | **dba Chauffeured Transportation Group aka Continental Limousine Company 120 Central Street Rear Hudson, MA 01749** | **ground transportation** | **4/25/97 - present** |

None
■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                        ADDRESS


The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Michael R. Pazzaneze 120 Central Street Rear Hudson, MA 01749** | **1997-present** |
| **Paul N. Benedetto Benedetto, Geagan & King, CPA P.O. Box 1069 Northborough, MA 01532** | **1991-present** |
| **Laurie Szilaygi Durham, NH** | **8/09-present** |

None
■  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                        DATES SERVICES RENDERED

None
☐  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **corporate offices n/a** | **120 Central Street Rear Hudson, MA 01749** |

None
■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                        DATE ISSUED

8

### 20. Inventories

None
■

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None
☐

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Michael L. Pazzaneze**<br>**43 Wheeler Road**<br>**Stow, MA 01775** | **manager** | **100%** |

None
■

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None
☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Michael L. Pazzaneze**<br>**43 Wheeler Road**<br>**Stow, MA 01775**<br>  **manager** | **draws** | **$15,512.29 as of 10/26/09** |

9

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                   TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                         TAXPAYER IDENTIFICATION NUMBER (EIN)

10

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **November 19, 2009**                    Signature    **/s/ Michael L. Pazzaneze**

                                                              **Michael L. Pazzaneze**
                                                              **Manager, Member**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## District of Massachusetts

| | | | |
|---|---|---|---|
| In re | **Phoenix Enterprises, LLC** | Case No. | **09-44519** |
| | Debtor(s) | Chapter | **11** |

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | **11,461.00** |
| Prior to the filing of this statement I have received | $ | **11,461.00** |
| Balance Due | $ | **0.00** |

2. $ **1,039.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| Dated: **November 19, 2009** | **/s/ Stephan M. Rodolakis**<br>**Stephan M. Rodolakis 555393**<br>**POJANI HURLEY RITTER & SALVIDIO, LLP**<br>**446 Main Street**<br>**Worcester, MA 01608**<br>**(508) 798-2480  Fax: (508) 797-9561**<br>**srodolakis@phrslaw.com** |

---