**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Phoenix Enterprises, LLC<br>            Debtor, | Chapter: 11<br>Case No: 09–44519<br>Judge Joel B. Rosenthal |

**NOTICE OF DISMISSAL**

You are hereby notified that an Order Dismissing the above **Debtor Phoenix Enterprises, LLC** was entered on 3/30/10 .

Date:4/14/10

By the Court,

Janet Keller
Deputy Clerk
508–770–8946

111